IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SHINAN SHI, # A 097-100-265                                    PETITIONER

VERSUS                                    CIVIL ACTION NO. 5:26cv224-DCB-BWR

PAMELA BONDI, KRISTI NOEM, TODD
M. LYONS, NEW ORLEANS
IMMIGRATION AND CUSTOMS
ENFORCEMENT FIELD OFFICE
DIRECTOR, and WARDEN RAFAEL
VERGARA                                    RESPONDENTS

## ORDER REQUIRING RESPONDENTS TO ANSWER

BEFORE THE COURT is pro se Petitioner Shinan Shi's Petition for Writ of Habeas Corpus [1], pursuant to 28 U.S.C. § 2241.  He is an alien detainee in the custody of the Department of Homeland Security, who challenges his continued detention.

The Court notes that the proper Respondent is the "person having custody over the person detained."  28 U.S.C. § 2243.  *See also*, 28 U.S.C. § 2242.  Therefore, Pamela Bondi, Kristi Noem, and Todd M. Lyons are removed as Respondents in this matter.  Further, the Court has considered the matter and is of the opinion that Respondents New Orleans ICE Field Office Director and Warden Rafael Vergara shall respond to the Petition.

**IT IS THEREFORE ORDERED** that Pamela Bondi, Kristi Noem, and Todd M. Lyons are hereby removed as Respondents in this case.

**IT IS FURTHER ORDERED** that Respondents New Orleans ICE Field Office Director and Warden Rafael Vergara shall file an answer or other responsive pleading in this case within 20 days of the service of a copy of this Order.  **Respondents shall file with the answer or other**

**responsive pleading any agency records or court records relevant to the disposition of this cause including but not limited to documents or records identifying the type of detention and the authority for the detention applicable to Petitioner's case.** If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondents file an answer or other responsive pleading.

IT IS FURTHER ORDERED that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1] filed herein and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and **Warden**, Adams County Correctional Center, Post Office Box 850, Washington, Mississippi 39190.

The Petitioner should understand that this Order directing the Respondents to respond does not reflect any opinion of this Court that the claims contained in the Petition will or will not be determined to be meritorious.

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

IT IS FURTHER ORDERED that the Clerk of Court shall also serve a copy of this Order upon pro se Petitioner Shinan Shi by mailing same to his last known address.

SO ORDERED, this the 26th day of May, 2026.

*s/ Bradley W. Rath*
_____
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2