**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**SHINAN SHI**                                                        **PETITIONER**

**VERSUS**                                      **Cause No. 5:26-cv-224-DCB-BWR**

**NEW ORLEANS ICE FIELD OFFICE**                          **RESPONDENT**
**DIRECTOR and RAFAEL VERGARA,**
*Warden, Adams County Correctional*
*Center*

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 10], which recommends (1) that Petitioner Shinan Shi ("Petitioner")'s 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as moot and (2) that Respondent's Motion to Dismiss for mootness [ECF No. 7] be granted. The basis for this recommendation is that Petitioner has been released from detention and he was removed from the United States to China on April 7, 2026. [ECF No. 7-1]. On June 23, 2026, Judge Rath issued this Report and objections were due by July 7, 2026. No party objected to the Report and the time to do so has now passed.

## I.  DISCUSSION

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is

made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion, and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

## II.  CONCLUSION

The Court, having considered Petitioner's Petition [ECF No. 1], Respondent's Motion to Dismiss [ECF No. 7], the record, relevant law, and Magistrate Judge Rath's Report [ECF No. 10], finds that Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice as moot. The Court adopts Judge Rath's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 10] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 8 day of July, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE